IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA'VHON YOUNG,

    Plaintiff,

v.                                   4:23cv289–WS/MAF

OFFICER ROBERT KELLY,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed August 21, 2023. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is

ADOPTED and incorporated by reference in this order of the court.

    2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute and to comply with a court order.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    4. The clerk shall close the case.

    DONE AND ORDERED this __29th__ day of __September__, 2023.

                                s/ William Stafford  
                                WILLIAM STAFFORD  
                                SENIOR UNITED STATES DISTRICT JUDGE